**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MAURICE JACKSON, | ) | Case No.: 1:13-cv-01760-SAB (PC) |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| CDCMD, et al., | )<br>) | |
| Defendants. | )<br>)<br>) | |
| | ) | |

Plaintiff Maurice Jackson is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged violations took place in Lassen County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will be transferred to the Sacramento Division.  This court will not rule on plaintiff's request to proceed in forma pauperis.

///

///

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This action is transferred to the United States District Court for the Eastern District of

3    California sitting in Sacramento; and

4        2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed

5    at:

6

7                           United States District Court
                            Eastern District of California
8                           501 "I" Street, Suite 4-200
                            Sacramento, CA 95814
9

10       3.  This court has not ruled on plaintiff's request to proceed in forma pauperis.

11

12

13   IT IS SO ORDERED.

14

15       Dated:   **November 5, 2013**     _____

16                                         UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2