IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE JACKSON,   No. 2:13-cv-2308-CMK-P

    Plaintiff,

  vs.   ORDER

CALIFORNIA DEPARTMENT OF
CORRECTIONS MEDICAL
DEPARTMENT, et al.,

    Defendants.

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

1  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2  randomly assign a District Judge to this case and to update the docket to reflect the new case
3  number.

4

5  DATED: May 14, 2015

6
                                            _____
7                                           **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26